470 F.2d 1370
 73-1 USTC P 9195
 David A. PROPHIT, Petitioner-Appellee,
v.
COMMISSIONER OF INTERNAL REVENUE, Respondent-Appellant.
 No. 72-2716 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Jan. 26, 1973.
 
 Scott P. Crampton, Asst. Atty. Gen., Meyer Rothwacks, Atty., Tax Div., Dept. of Justice, Lee H. Henkel, Jr., Chief Counsel, Raymond W. Sifly, Atty., I. R. S., Washington, D. C., for respondent-appellant.
 David A. Prophit, pro se.
 Before WISDOM, GODBOLD and RONEY, Circuit Judges.
 PER CURIAM:
 
 
 1
 We affirm the decision of the United States Tax Court on the basis of Judge Simpson's concurring opinion. Prophit v. C. I. R., 57 T.C. 507 (1972).
 
 
 2
 Affirmed.
 
 
 
 *
 Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I